VICTOR KEMPCZINSKI, Appellant, *v.* CHELSEA FIBRE MILLS, Respondent.

*Kempczinski* v. *Chelsea Fibre Mills*, 158 App. Div. 897, affirmed.
(Argued May 13, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer, based on alleged failure to have a certain polishing machine and the ropes, shafting and pulleys connected therewith properly guarded; to have said machine in a reasonably safe and proper condition, and to adopt, establish, promulgate and enforce proper

and reasonable rules governing the conduct of its employees in the use and operation of its machinery.

*Edwin F. Valentine* and *Nicholas W. Hacker* for appellant.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for respondent.

. Judgment affirmed, with·costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.